IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Demetric Hayes,<br><br>           Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank and Butler and Hosch, P.A.<br><br>           Defendants. | C/A No. 3:13-cv-1884-JFA<br><br><br>**ORDER** |

Demetric Hayes ("Plaintiff"), proceeding pro se, has filed a lawsuit asserting a claim of wrongful foreclosure against JP Morgan Chase Bank and Butler and Hosch, P.A.

The Magistrate Judge assigned to this action[1] prepared a thorough Report and Recommendation ("Report") and opines that this court should grant the motion to dismiss filed by defendant JP Morgan Chase Bank. ECF No. 43. The Report sets forth in detail the relevant facts and standards of law on this matter, and this court incorporates those facts and standards without a recitation.

Plaintiff was advised of his right to object to the Report, which was entered on the docket on July 8, 2014. However, Plaintiff did not file objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(g) (D.S.C.). The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

After carefully reviewing the applicable laws, the record in this case, as well as the Report, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, the court adopts the Report and grants the motion to dismiss.

IT IS SO ORDERED.

August 20, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge